**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6674**

EUGENE COOPER, a/k/a Eugene E. Cooper,

                Plaintiff - Appellant,

        v.

MATTHEW B. HAMIDULLAH, in his individual capacity; DAVID
GARCIA, in his individual capacity,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:07-cv-00113-TLW)

Submitted:  March 25, 2009            Decided:  April 6, 2009

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene Cooper, Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Cooper appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. See Cooper v. Hamidullah, No. 4:07-cv-00113-TLW (D.S.C. Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED